IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

FILED '07 MAR 22 14:45 USDC-ORE

MICHAEL D. OLSON,

        Plaintiff,

MICHAEL J. ASTRUE,
Commissioner, Social Security Administration,

        Defendant.

Civil No. 06-622-AA

ORDER

Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $6000.00 are awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412. Costs and expenses have been waived.

DATED this _22_ day of March, 2007.

                                     /s/ Ann Aiken
                              UNITED STATES DISTRICT JUDGE

Presented by:

/s/ Phyllis Burke
PHYLLIS BURKE, OSB #81459
(503) 460-3200
Attorney for Plaintiff Olson

ORDER